**STRICKLAND TRANSPORTATION CO.,
Inc., Appellant, v. UNITED STATES
of America, Appellee.**

No. 14710.

United States Court of Appeals
Fifth Circuit.

Nov. 11, 1953.

Ralph W. Currie, Dallas, Tex., for appellant.

Heard L. Floore, U. S. Atty., Ft. Worth, Tex., John C. Ford, Asst. U. S. Atty., Dallas, Tex., Paul A. Sweeney, Chief, Appellate Section, D. of J., Joseph Kovner, Attorney, D. of J., Washington, D. C., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

On consideration of the Stipulation of the Parties filed in the above entitled and numbered cause, that the judgment of the District Court appealed from in this cause be reversed and remanded to the trial court, with instructions to the trial court to enter judgment in favor of appellant, Strickland Transportation Co., Inc., and against the appellee, the United States of America, in the principal amount of $905.95, and that the mandate further provide that interest on the aforesaid judgment be allowed as provided by law, and that neither party recover costs as against the other;

It is now here ordered and adjudged by this Court that the judgment of the said District Court appealed from in this cause be, and the same is hereby reversed; and that said cause be, and it is hereby remanded to the trial court with instructions to the trial court to enter judgment in favor of appellant, Strickland Transportation Co., Inc., and against the appellee, the United States of America, in the principal amount of $905.95, and that the mandate further provide that interest on the aforesaid judgment be allowed as provided by law, and that neither party recover costs as against the other.

It is further ordered by the Court that a certified copy of the stipulation and this judgment be forthwith forwarded to the Clerk of the United States District Court, at Dallas, Texas, as the mandate in the case.

Reversed and remanded on joint stipulation of the parties.

**James Mortimer BUCKLE, also known as
James B. Buckle, in his own right and
for the use and benefit of O. A. Johnson and Louise G. Johnson, O. A. Johnson and Louise G. Johnson, Appellants,
v. STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY OF COLUMBUS, OHIO, Appellee.**

No. 14393.

United States Court of Appeals
Fifth Circuit.

Nov. 10, 1953.

Greene, Ayres & Greene, and Williard Ayres, Ocala, Fla., for appellants.

Marks, Gray, Yates & Conroy, and Francis P. Conroy, Jacksonville, Fla., D. Niel Ferguson, Ocala, Fla., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

HUTCHESON, Chief Judge.

The material facts in this case are the same in substance as in Maryland Casualty Co. v. Cross, 5 Cir., 112 F.2d 58.

The judgment appealed from is, therefore, affirmed on the authority of that case.